GARIN LAW GROUP
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@garinlawgroup.com

*Attorneys for Defendant Restorix Health, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH WELLS, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>RESTORIX HEALTH, INC., a domestic corporation,<br><br>　　　　　　Defendant. | Case No:  2:25-cv-01204-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT [FIRST REQUEST]** |

　　　Plaintiff ELIZABETH WELLS ("Plaintiff") and Defendant RESTORIX HEALTH, INC. ("Defendant," and together with Plaintiff, the "Parties"), by and through their respective counsel, and pursuant to Local Rules IA 6-1, LR IA 6-2, and LR 7-1, hereby stipulate and agree as follows:

　　　WHEREAS, Plaintiff filed her Class Action Complaint (the "Complaint") on July 3, 2025 (ECF No. 1);

　　　WHEREAS, Defendant was served with a copy of the Summons and Complaint on July 11, 2025, making the deadline to respond to the Complaint August 1, 2025;

　　　WHEREAS, Defendant has recently retained counsel for this matter and the Parties have agreed to an extension of time for Defendant to respond to the Complaint, namely, to August 31, 2025, to allow Defendant's counsel time to analyze the claims and issues raised in the Complaint;

NOW, THEREFORE, in consideration of the foregoing, the Parties hereby STIPULATE and AGREE that the deadline for Defendant to respond to the Complaint is August 31, 2025.

The Parties represent this stipulation is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED.**

Dated this 30th day of July, 2025.

| GARIN LAW GROUP | THE BOURASSA LAW GROUP |
|---|---|
| _____<br>JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 6653<br>9900 Covington Cross Drive, Suite 210<br>Las Vegas, Nevada 89144<br>jgarin@garinlawgroup.com<br><br>*Attorneys for Defendant* | /s/ Jennifer A. Fornetti<br>_____<br>MARK J. BOURASSA, ESQ.<br>Nevada Bar No. 7999<br>JENNIFER A. FORNETTI, ESQ.<br>Nevada Bar No. 7644<br>VALERIE S. CHRISTIAN ESQ.<br>Nevada Bar No.14716<br>JOSEPH P. WALDMAN, ESQ.<br>Nevada Bar No.17010<br>2350 W. Charleston Blvd., Suite 100<br>Las Vegas, Nevada 89102<br><br>*Attorneys for Plaintiff and the Proposed Class* |

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: August 1, 2025