MARK J. BOURASSA, ESQ. (NBN 7999)
JENNIFER A. FORNETTI, ESQ. (NBN 7644)
VALERIE S. CHRISTIAN ESQ. (NBN 14716)
JOSEPH P. WALDMAN, ESQ. (NBN 17010)
**THE BOURASSA LAW GROUP**
2350 W. Charleston Blvd., Suite 100
Las Vegas, Nevada 89102
Telephone:  (702) 851-2180
Facsimile:    (702) 851-2189
Email:        mbourassa@blgwins.com
                    jfornetti@blgwins.com
                    vchristian@blgwins.com
                    jwaldman@blgwins.com

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA
***

| | |
|---|---|
| ELIZABETH WELLS, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>RESTORIX HEALTH, INC., a domestic corporation<br><br>*Defendant*. | Case No. 2:25-cv-01204-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Elizabeth Wells ("Plaintiff") and Defendant Restorix Health, Inc., ("Defendant") by and through their counsel of record, that Plaintiff shall have a 2-week extension up to and including September 26, 2025 to file their response to Defendant's Motion to Dismiss. Defendant's Reply shall be due within seven (7) days of the date of service of Plaintiff's Response pursuant to LCR 12-1. This Stipulation is submitted and based upon the following:

    1. Defendant Restorix Health, Inc. filed its Motion to Dismiss on August 29, 2025. ECF No. 15.

    2. Plaintiff's response is currently due September 12, 2025.

3. In its Motion, Defendant stated, along with additional arguments, that there currently exists a similar class action in Louisiana State Court filed on March 27, 2025 (hereinafter "Louisiana Action").

4. The parties are currently attempting confer with counsel in the Louisiana Action to explore the possibility of a consolidation.

5. Therefore, the parties respectfully request more time in order to get into contact and work out the details of potentially consolidating this action with the Louisiana Action.

6. This is the first stipulation to extend the time for Plaintiff to extend the briefing schedule for Defendant's Motion to Dismiss.

7. This Stipulation is made in good faith and not for the purpose of delay.

Dated this 10th day of September 2025.

**THE BOURASSA LAW GROUP**

/s/ Jennifer A. Fornetti
MARK J. BOURASSA, ESQ. (NBN 7999)
JENNIFER A. FORNETTI, ESQ. (NBN 7644)
VALERIE S. CHRISTIAN ESQ. (NBN 14716)
JOSEPH P. WALDMAN, ESQ. (NBN 17010)
2350 W. Charleston Blvd., Suite 100
Las Vegas, Nevada 89102

*Attorneys for Plaintiff and the Proposed Class*

**MCDONALD HOPKINS LLC**

/s/ Jennifer W. Torrez
JENNIFER W. TORREZ, ESQ. (*pro hac vice*)
300 N. Lasalle St, Suite 1400
Chicago, IL 60654

TIMOTHY J. LOWE (*pro hac vice*)
**MCDONALD HOPKINS PLC**
39533 Woodward Avenue, Suite 318
Bloomfield Hills, MI 48304

JOSEPH P. GARIN, ESQ. (NBN 6653)
**GARIN LAW GROUP**
9900 Covington Cross Dr., Suite 210
Las Vegas, NV 89144

*Attorneys for Defendant Restorix Health, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  September 12, 2025