MARK J. BOURASSA, ESQ. (NBN 7999)
JENNIFER A. FORNETTI, ESQ. (NBN 7644)
**THE BOURASSA LAW GROUP**
2350 W. Charleston Blvd., Suite 100
Las Vegas, Nevada 89102
Telephone:  (702) 851-2180
Facsimile:   (702) 851-2189
Email:       *mbourassa@blgwins.com*
             *jfornetti@blgwins.com*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### ***

| | |
|---|---|
| ELIZABETH WELLS, *individually and on behalf of all others similarly situated*, <br><br> *Plaintiff*, <br><br> v. <br><br> RESTORIX HEALTH, INC., a domestic corporation <br><br> *Defendant*. | Case No. 2:25-cv-01204-GMN-DJA <br><br> **STIPULATION AND ORDER TO STRIKE PLAINTIFF'S RESPONSE AND EXTEND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS** <br><br> **(THIRD REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Elizabeth Wells ("Plaintiff") and Defendant Restorix Health, Inc., ("Defendant" and together with Plaintiff, the "Parties") by and through their counsel of record, that Defendant shall have an additional 2-week extension up to and including October 20, 2025, to file its reply in support of its Motion to Dismiss. This Stipulation is submitted and based upon the following:

    1. Defendant Restorix Health, Inc. filed its Motion to Dismiss on August 29, 2025. ECF No. 15.

    2. Plaintiff's response was due September 12, 2025.

    3. On September 9, 2025, the Parties filed a joint stipulation to extend the due date for Plaintiff's response by two weeks, or to September 26, 2025 (the "First Stipulation"). ECF No. 18.

4. The Court granted the Parties' stipulation on September 12, 2025, but the Order was not filed until September 15, 2025.

5. Plaintiff filed her response on September 13, 2025. ECF No. 19, as the Order granting the Parties' stipulation had not been filed and did not want the pending motion to stand without a response. The Parties are filing this Stipulation to put the parties back to where they intended to be under their original stipulation. ECF No. 18.

6. As set forth in the Parties' First Stipulation, there currently exists a similar class action in Louisiana State Court filed on March 27, 2025 (hereinafter "Louisiana Action").

7. The parties are still attempting confer with counsel in the Louisiana Action to explore the possibility of a consolidation.

8. Therefore, the parties respectfully request additional time to permit Plaintiff's counsel to confer with counsel in the Louisiana Action regarding potentially consolidating this action with the Louisiana Action.

9. The Parties seek to have the Response that was filed stricken.

10. The Parties also seek to extend the current briefing deadlines to allow additional time to confer with counsel in the Louisiana Action.

11. The Parties propose the following current briefing deadlines:

    a. Plaintiff's Response to Defendant's Motion to Dismiss due on October 10, 2025

    b. Defendant's Reply in Support of its Motion to Dismiss due within seven (7) days of the date of service of Plaintiff's Response pursuant to LCR 12-1.

///
///
///
///
///
///
///
///

1      12. This stipulation is made in good faith and not for the purpose of delay.

2      Dated this 24th day of September 2025.

| **THE BOURASSA LAW GROUP** | **MCDONALD HOPKINS LLC** |
|---|---|
| */s/ Jennifer A. Fornetti*<br>MARK J. BOURASSA, ESQ. (NBN 7999)<br>JENNIFER A. FORNETTI, ESQ. (NBN 7644)<br>2350 W. Charleston Blvd., Suite 100<br>Las Vegas, Nevada 89102<br><br>*Attorneys for Plaintiff and the Proposed Class* | */s/ Jennifer W. Torrez*<br>JENNIFER W. TORREZ, ESQ. (*pro hac vice*)<br>300 N. Lasalle St, Suite 1400<br>Chicago, IL 60654<br><br>TIMOTHY J. LOWE (*pro hac vice*)<br>**MCDONALD HOPKINS PLC**<br>39533 Woodward Avenue, Suite 318<br>Bloomfield Hills, MI 48304<br><br>JOSEPH P. GARIN, ESQ. (NBN 6653)<br>**GARIN LAW GROUP**<br>9900 Covington Cross Dr., Suite 210<br>Las Vegas, NV 89144<br><br>*Attorneys for Defendant Restorix Health, Inc.* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: September 25, 2025