MARK J. BOURASSA, ESQ. (NBN 7999)
**THE BOURASSA LAW GROUP**
2350 W. Charleston Blvd., Suite 100
Las Vegas, Nevada 89102
Telephone: (702) 851-2180
Facsimile: (702) 851-2189
Email: *mbourassa@blgwins.com*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
***

| | |
|---|---|
| ELIZABETH WELLS, *individually and on behalf of all others similarly situated*,<br><br>*Plaintiff*,<br><br>v.<br><br>RESTORIX HEALTH, INC., a domestic corporation<br><br>*Defendant*. | Case No. 2:25-cv-01204-GMN-DJA<br><br>**PLAINTIFF'S MOTION FOR WITHDRAWAL OF COUNSEL** |

Plaintiff Elizabeth Wells ("Plaintiff") on behalf of herself and all other similarly situated, hereby respectfully moves this Court to withdraw Jennifer A. Fornetti, Joseph P. Waldman, and Valerie S. Christian as counsel of record.

Plaintiff continues to retain The Bourassa Law Group and Mark J. Bourassa as her counsel.

Attorneys Jennifer A. Fornetti, Joseph P. Waldman, and Valerie S. Christian are no longer employed with The Bourassa Law Group. Good cause exists for these attorneys' withdrawal because their withdrawal will not affect Plaintiff's interests, who continues to be represented by The Bourassa Law Group

In accordance with LR IA 11-6, this *Motion* has been served on all counsel of record and on Plaintiff.

/ / /

WHEREFORE, for the foregoing reasons, The Bourassa Law Group respectfully requests this Court grant this *Motion* and allow Jennifer A. Fornetti, Joseph P. Waldman, and Valerie S. Christian to withdraw from representing Plaintiff in this instant matter.

Dated this 3rd day of October, 2025.

**THE BOURASSA LAW GROUP**

*/s/ Mark J. Bourassa*
MARK J. BOURASSA, ESQ. (NBN 7999)
2350 W. Charleston Blvd., Suite 100
Las Vegas, Nevada 89102

*Attorneys for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of The Bourassa Law Group, and that on this date I caused to be served a true copy of **PLAINTIFF'S MOTION FOR WITHDRAWAL OF COUNSEL** on all parties to this action by the method(s) indicated below

  X    by using the Court's CM/ECF Electronic Notification System addressed to:

**IT IS SO ORDERED**.

DATED: 10/6/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE