MARK J. BOURASSA, ESQ. (NBN 7999)
**THE BOURASSA LAW GROUP**
2350 W. Charleston Blvd., Suite 100
Las Vegas, Nevada 89102
Telephone: (702) 851-2180
Facsimile: (702) 851-2189
Email: mbourassa@blgwins.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
***

| | |
|---|---|
| ELIZABETH WELLS, *individually and on behalf of all others similarly situated*,<br><br>*Plaintiff*,<br><br>v.<br><br>RESTORIX HEALTH, INC., a domestic corporation,<br><br>*Defendant*. | Case No. 2:25-cv-01204-GMN-DJA<br><br>**JOINT MOTION TO STAY PROCEEDINGS PENDING MEDIATION OR, ALTERNATIVELY, TO EXTEND THE TIME FOR DEFENDANT TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS** |

     Plaintiff Elizabeth Wells ("Plaintiff") and Defendant Restorix Health, Inc., ("Defendant" and together with Plaintiff, the "Parties") by and through their counsel of record, hereby jointly move the Court to stay the instant proceedings pending mediation. Alternatively, the Parties request the Court extend the time for Defendant to file a Reply in support of its Motion to Dismiss (ECF No. 15) to November 3, 2025 to allow the Parties time to schedule a date certain for mediation and file a motion to stay. In support thereof, the Parties state as follows:

     1. On September 25, 2025, this Court entered an order granting the Parties' third joint stipulation to extend the time for Plaintiff to file a response to Defendant's Motion to Dismiss Plaintiff's Complaint (ECF No. 21), allowing the Parties to explore the possibility of mediating this matter, making Plaintiff's response to Defendant's Motion to Dismiss due October 10, 2025.

     2. Plaintiff filed a response to Defendant's Motion to Dismiss on October 10, 2025, and Defendant's Reply is due on or before October 17, 2025.

-1-

36955738.1

-2-

3. The Parties have agreed to conduct mediation of this matter jointly with a similar class action currently pending in Louisiana State Court filed on March 27, 2025 (hereinafter "Louisiana Action").

4. The Parties are currently in the process of scheduling the mediation in coordination with the plaintiff and the plaintiff's counsel in the Louisiana Action.

5. Consequently, the Parties have conferred and seek to stay these proceedings until after the mediation is conducted and completed with the assistance of an experienced private mediator. The Parties propose to file a joint status report within 14 days after the mediation is completed, advising the Court on whether the mediation was successful and/or additional time is needed and proposed next steps.

6. Alternatively, in the event the Court requires a date certain for the mediation, the Parties request an extension of time up to and including November 3, 2025, for Defendant to file a Reply in support of its Motion to Dismiss to allow the Parties time to coordinate with counsel in the Louisiana Action and schedule a mediation.

7. This Motion is not made for the purposes of delay, but rather to conserve the Court's and the Parties' resources and to advance the litigation in the most efficient manner.

8. No party will be prejudiced by the granting of this Motion.

///

///

///

///

///

36955738.1

WHEREFORE, for the foregoing reasons, the Parties jointly and respectfully request that this Court enter an order staying all proceedings in this matter pending mediation or, alternatively, to extend the time for Defendant to file a Reply in support of its Motion to Dismiss up to and including November 3, 2025, so that the parties may schedule a date certain for mediation and seek a stay of these proceedings accordingly.

Respectfully submitted this 13th day of October 2025.

| THE BOURASSA LAW GROUP | MCDONALD HOPKINS LLC |
|---|---|
| /s/Mark J. Bourassa | /s/ Jennifer W. Torrez |
| MARK J. BOURASSA, ESQ. (NBN 7999) | JENNIFER W. TORREZ, ESQ. (*pro hac vice*) |
| 2350 W. Charleston Blvd., Suite 100 | 300 N. Lasalle St, Suite 1400 |
| Las Vegas, Nevada 89102 | Chicago, IL 60654 |
| *Attorneys for Plaintiff and the Proposed Class* | TIMOTHY J. LOWE (*pro hac vice*) |
| | **MCDONALD HOPKINS PLC** |
| | 39533 Woodward Avenue, Suite 318 |
| | Bloomfield Hills, MI 48304 |
| | |
| | JOSEPH P. GARIN, ESQ. (NBN 6653) |
| | **GARIN LAW GROUP** |
| | 9900 Covington Cross Dr., Suite 210 |
| | Las Vegas, NV 89144 |
| | |
| | *Attorneys for Defendant Restorix Health, Inc.* |

IT IS HEREBY ORDERED that this action is STAYED pending mediation.

IT IS FURTHER ORDERED that the parties shall file a Joint Status Report within 14 days after mediation is complete apprising the court on whether mediation was successful or else a motion to lift the stay shall be filed.

Dated:    October 15, 2025

_____
Gloria M. Navarro
United States District Judge

-3-

36955738.1