MARK J. BOURASSA, ESQ. (NBN 7999)
**THE BOURASSA LAW GROUP**
2350 W. Charleston Blvd.
Las Vegas, Nevada 89102
Telephone: (702) 851-2180
Facsimile: (702) 851-2189
Email: *mbourassa@blgwins.com*
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ELIZABETH WELLS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>RESTORIX HEALTH, INC., a domestic corporation<br><br>*Defendant*. | Case No. 2:25-cv-01204-GMN-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HERBY STIPULATED AND AGREED by and between the parties' counsel of record that this matter be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

DATED: This 1st day of September, 2026.

**THE BOURASSA LAW GROUP**

By: */s/ Mark J. Bourassa*_________________
MARK J. BOURASSA, ESQ. (NBN 7999)
2350 W Charleston Blvd.
Las Vegas, Nevada 89102

*Attorney for Plaintiff*

**MCDONALD HOPKINS LLC**

By: */s/ Timothy J. Lowe* __________________
TIMOTHY J. LOWE, ESQ. (*pro hac vice*)
**MCDONALD HOPKINS PLC**
39533 Woodward Avenue, Suite 318
Bloomfield Hills, MI 48304

JENNIFER W. TORREZ, ESQ. (*pro hac vice)*
300 N. Lasalle St, Suite 1400
Chicago, IL 60654

JOSEPH P. GARIN, ESQ. (NBN 6653)
**GARIN LAW GROUP**
9900 Covington Cross Dr., Suite 210
Las Vegas, NV 89144

*Attorneys for Defendant*

**ORDER**

**IT IS HEREBY ORDERED** that this action is **DISMISSED with prejudice**, with each party to bear its own costs and attorney's fees.

The Clerk of Court is kindly directed to close the case.

IT IS SO ORDERED:

DATED this __1__ day of September, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of The Bourassa Law Group, and that on this date I caused to be served a true copy of **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** on all parties to this action by the method(s) indicated below:

_X__ by using the Court's CM/ECF Electronic Notification System which will send notification of such filing to the email addresses registered in CM/ECF system as denoted on the Electronic Mail Notice List.

DATED: This 1st day of September, 2026.

*/s/ Alyssa Rust*
Employee of The Bourassa Law Group